# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00464-CV

**Victory Cheval Holdings, LLC, Garrett Jennings, and
Castle Crown Management, LLC, Appellants**

**v.**

**Dennis Antolik, Victor Antolik, and Cheval Manor, Inc., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-GN-14-002607, HONORABLE KARIN CRUMP, JUDGE PRESIDING**

## O R D E R  A N D  M E M O R A N D U M  O P I N I O N

**PER CURIAM**

This is an interlocutory appeal from a trial court order granting temporary injunctive relief. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(4). Appellants have filed a motion for contempt, contending that the appellees have violated the temporary injunction, and request that we refer their motion to the trial court.

Without considering the merits of appellants' motion for contempt, pursuant to Rule 29.4(a) of the Texas Rules of Appellate Procedure, we refer appellants' motion to the trial court and instruct the court to hold an evidentiary hearing on appellants' motion and grant appropriate relief, if any. *See* Tex. R. App. P. 29.4(a).[1]  Following the hearing, the parties should order the

---

[1] Appellees previously filed a motion for contempt in this Court, and on September 10, 2015, we abated this case and referred appellees' motion to the trial court for a hearing. We now reinstate

appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than October 12, 2015.

It is ordered September 28, 2015.

Before Chief Justice Rose, Justices Pemberton and Field

Abated and Remanded

Filed: September 28, 2015

---

this case for the sole purpose of referring appellants' motion, and our September 10 order remains in full force and effect. *See Victory Cheval Holdings, LLC v. Antolik*, No. 03-15-000464-CV, 2015 WL 5315646 (Tex. App.—Austin Sept. 10, 2015, order).